UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAWRENCE P. SHANDOLA,

    Petitioner,

  v.

HAROLD CLARKE,

    Respondent.

Case No. C05-5840RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    Petitioner's Motion for Oral Argument [Dkt. #21] is **DENIED**.

(2)    The Court adopts the Report and Recommendation;

(3)    The petition is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

(4)    The clerk is directed to send copies of this Order to counsel for Petitioner, counsel for Respondent, and to the Hon. J. Kelley Arnold.

DATED this 5th day of October, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1