IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE P. SHANDOLA, ) | |
| ) | |
| Petitioner, ) | No.  C05-05840RBL/JKA |
| ) | |
| vs. ) | ORDER GRANTING PETITIONER'S |
| ) | MOTION FOR CERTIFICATE OF |
| HAROLD W. CLARKE, Secretary ) | APPEALABILITY PURSUANT TO |
| and Chief Executive Officer, ) | LOCAL RULE 22 |
| Washington State Department ) | |
| of Corrections; ) | |
| ) | |
| Respondent. ) | |
| _____) | |

THIS MATTER having come on regularly for hearing on the motion of the petitioner for a certification of appealability; the Court being fully advised in the premises, it is now, therefore,

\*\*

\*\*

\*\*

\*\*

MOTION FOR CERTIFICATE OF
APPEALABILITY - 1

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1     ORDERED that the petitioner's motion for a certificate of
2 appealability as to all issues is hereby **GRANTED**.  It is
3 further
4     **ORDERED** that petitioner's motion for leave to appeal *in*
5 *forma pauperis* is **GRANTED**.
6     DATED this 14th day of December, 2006.

                                        /s/ Ronald B. Leighton

                            RONALD B. LEIGHTON
                            UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF MONTE E.
  HESTER, INC., P.S.
Attorneys for Petitioner


By:/s/
    Brett A. Purtzer
    WSB #17283

MOTION FOR CERTIFICATE OF
APPEALABILITY - 2

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157